**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/10/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor (name(s) used by the debtor in the last 6 years, including married, maiden, trade, and address):
Cathy Skipper Lisenby
fka Cathy Outlaw
195 GROTTO COURT
DOTHAN, AL 36301

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 05-12336 | 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 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Cameron--RRL A. Metcalf | William C. Carn III |
| Espy, Metcalf & Poston, PC | Lee & McInish, P.C. |
| P.O. Drawer 6504 | P.O. Box 1665 |
| Dothan, AL 36302 | Dothan, AL 36302 |
| Telephone number: 334-793-6288 | Telephone number: 334-792-4156 |

## Meeting of Creditors:

Date: **December 7, 2005**                    Time: **10:00 AM**
Location: **U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/6/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| PO Box 1248 | |
| Montgomery, AL 36102 | Clerk of the Bankruptcy Court: |
| Telephone number: 334-954-3800 | Richard S. Oda |
| Hours Open: Monday - Friday 8:30 AM - 4:30 PM | Date: 10/11/05 |